In the Matter of the Application of Charles Walter Lucas for Admission to the Bar.— Application granted. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Charles F. Bandel, Appellant, v. The City of New York and The Board of Health of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements, upon the ground that, pending trial, the discretion exercised by the Special Term in denying the motion should not be disturbed. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

Bernard Besdine, Doing Business as Diamond Security Company, Respondent, v. Emma H. Stewart, Appellant.— Judgment of the Municipal Court reversed and a new trial ordered, costs to abide the event, on the ground that the failure of the plaintiff to comply with section 440 of the Penal Law deprived him of the right to maintain this action. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Mary C. Bogart, as Administratrix, etc., of John Bogart, Deceased, Respond-